# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2972
LT Case No. 2021-CA-019260
_____

OMNI HEALTHCARE, INC.,

    Appellant,

    v.

MICROGEN DX, LLC,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
David Dugan, Judge.

Ryan D. O'Connor, of WhiteBird, PLLC, Vero Beach, for
Appellant.

Anthony M. Lawhon, of Anthony M. Lawhon, P.A., Naples, for
Appellee.

January 30, 2024

PER CURIAM.

    AFFIRMED.

MAKAR, JAY, and SOUD, JJ., concur.

―――――――――――――――――――

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

―――――――――――――――――――